**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:

                             Case No. 11-40517-LMK

TURNER HERITAGE HOMES, INC.,

          Debtor.              Chapter 11 Case

_____/

**CHAPTER 11 – VOTE ON PLAN**
**(LOCAL FORM #5)**

DEBTOR:     Turner Heritage Homes, Inc.

CASE NUMBER:     11-40517-LMK

LAST DATE FOR BALLOTS:     January 9, 2012

DATE OF HEARING TO TABULATE VOTE:     January 12, 2012

| Name of Creditor and Class Number | Amount of Claim | Claim Number | Accept | Reject |
|---|---|---|---|---|
| Fred and June Turner – Class 12 | $60,996.89[1] | Scheduled | X | |
| Teresa Turner – Class 12 | $76,379.22 | Scheduled | X | |
| Estate of Devra Tuijen – Class 12 | $21,528.34 | Scheduled | X | |
| Farmers & Merchant Bank – Class 4 | $4,078,902.70 | 46 | X | |
| CLAM Group LLC – Class 5 | $6,561,664.06 | 38 | | X[2] |
| Martin and Rachel Roeder – Class 12 | $60,816.20 | 37 | X | |
| CLAM Group LLC – Class 11 | $5,151,664.00 (est.) | 38 | | X |
| CLAM Group LLC – Class 5 (Corrected) | $1,410,000.00 | 38 | | X |
| Carol A. Turner – Class 12 | $104,092.13 | Scheduled | X | |
| Branch Banking and Trust – Class 6 | $142,500.00 | 41 | X [3] | |
| Branch Banking and Trust – Class 7 | $118,800.00 | 41 | X | |

[1] The amount of $60,996.89 was calculated as follows: (i) scheduled liability of Fred Turner in the amount of $15,069.85, (ii) scheduled liability of Fred and June Turner in the amount of $39,468.54, plus (iii) scheduled liability of June Turner in the amount of $6,458.50.

[2] The Debtor/Plan Proponent has not counted this ballot submitted by CLAM Group, LLC for the reason that this claimant subsequently submitted two additional ballots thereby correcting this ballot.

[3] The four ballots submitted by Branch Banking and Trust were originally submitted as rejections, however, based upon the agreement between BB&T and the Debtor, which will be announced at the January 12, 2012 confirmation hearing, BB&T has voted in favor of the Amended Plan.

| | | | | |
|---|---|---|---|---|
| Branch Banking and Trust – Class 8 | $525,000.00 | 41 | X | |
| Branch Banking and Trust – Class 10 | $5.3 Million | 41 | X | |
| Capital City Bank – Class 1 | $2,300,000.00 | 45 | X | |
| Capital City Bank – Class 2 | $750,000.00 | Scheduled | X | |
| Capital City Bank – Class 3 | $168,000.00 | 44 | X | |
| Capital City Bank – Class 9 | $200,000.00 | 42 | X | |
| Capital City Bank – Class 11 | $1,915,657.28 | 43 | X | |
| Home Design Services – Class 10 | $41,788,054.00 | 51 | X | |
| | | | | |

## CHAPTER 11 – VOTE ON PLAN

DEBTOR:    Turner Heritage Homes, Inc.
CASE NO.:    11-40517-LMK

### SUMMARY

**CLASS 1 – Secured Claim of Capital City Bank (relating to the Capital Circle Commerce Center Property) (Impaired)**

| | |
|---|---|
| TOTAL NUMBER OF CLAIMS VOTING: | 1 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 1 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $2,300,000.00 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $2,300,000.00 |
| TOTAL PERCENTAGE OF CLAIMS ACCEPTING: | 100 % |

\* More than 2/3 in amount of acceptances were received.

**CLASS 2 – Secured Claim of Capital City Bank (relating to the Summerchase Leased Units) (Impaired)**

| | |
|---|---|
| TOTAL NUMBER OF CLAIMS VOTING: | 1 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 1 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $750,000.00 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $750,000.00 |
| TOTAL PERCENTAGE OF CLAIMS ACCEPTING: | 100% |

\* More than 2/3 in amount of acceptances were received.

**CLASS 3 – Secured Claim of Capital City Bank (relating to the Summerchase Lots) (Impaired)**

| | |
|---|---|
| TOTAL NUMBER OF CLAIMS VOTING: | 1 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 1 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $168,000.00 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $168,000.00 |
| TOTAL PERCENTAGE OF CLAIMS ACCEPTING: | 100% |

\* More than 2/3 in amount of acceptances were received.

4102824-1

**CLASS 4 – Secured Claim of Farmers & Merchant Bank (Impaired)**

TOTAL NUMBER OF CLAIMS VOTING:           1
TOTAL NUMBER OF CLAIMS ACCEPTING:    1
TOTAL DOLLAR AMOUNT OF CLAIMS VOTING:    $4,078,902.70
TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING:    $4,078,902.70
TOTAL PERCENTAGE OF CLAIMS ACCEPTING:    100%
* More than 2/3 in amount of acceptances were received.

**CLASS 5 – Secured Claim of Ameris Bank (Impaired)**

TOTAL NUMBER OF CLAIMS VOTING:    1
TOTAL NUMBER OF CLAIMS ACCEPTING:    0
TOTAL DOLLAR AMOUNT OF CLAIMS VOTING:    $1,410,000.00
TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING:    $0.00
TOTAL PERCENTAGE OF CLAIMS ACCEPTING:    0%
* Less than 2/3 in amount of acceptances were received.

**CLASS 6 – Secured Claim of BB&T (relating to Gardens at the Farm Property) (Impaired)**

TOTAL NUMBER OF CLAIMS VOTING:    1
TOTAL NUMBER OF CLAIMS ACCEPTING:    1 (see footnote 3)
TOTAL DOLLAR AMOUNT OF CLAIMS VOTING:    $142,500.00
TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING:    $142,500.00
TOTAL PERCENTAGE OF CLAIMS ACCEPTING:    100%
* More than 2/3 in amount of acceptances were received.

**CLASS 7 – Secured Claim of BB&T (relating to Blackberry Ridge Property) (Impaired)**

TOTAL NUMBER OF CLAIMS VOTING:    1
TOTAL NUMBER OF CLAIMS ACCEPTING:    1 (see footnote 3)
TOTAL DOLLAR AMOUNT OF CLAIMS VOTING:    $118,800.00
TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING:    $118,800.00
TOTAL PERCENTAGE OF CLAIMS ACCEPTING:    100%
* More than 2/3 in amount of acceptances were received.

**CLASS 8 – Secured Claim of BB&T (relating to Hidden Meadows Property) (Impaired)**

TOTAL NUMBER OF CLAIMS VOTING:    1
TOTAL NUMBER OF CLAIMS ACCEPTING:    1 (see footnote 3)
TOTAL DOLLAR AMOUNT OF CLAIMS VOTING:    $525,000.00
TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING:    $525,000.00
TOTAL PERCENTAGE OF CLAIMS ACCEPTING:    100%
* More than 2/3 in amount of acceptances were received.

**CLASS 9 – Secured Claim of Capital City Bank (relating to Tuscan Hill Lot 4 Property) (Impaired)**

| | |
|---|---|
| TOTAL NUMBER OF CLAIMS VOTING: | 1 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 1 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $200,000.00 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $200,000.00 |
| TOTAL PERCENTAGE OF CLAIMS ACCEPTING: | 100% |

* More than 2/3 in amount of acceptances were received.

**CLASS 10 – Deficiency Claim of Non-participating Secured Creditors and Judgment and Non-scheduled Claims (Impaired)**

| | |
|---|---|
| TOTAL NUMBER OF CLAIMS VOTING: | 2 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 2 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $47,088,054.00 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $47,088,054.00 |
| TOTAL PERCENTAGE OF CLAIMS ACCEPTING: | 100% |

* More than 2/3 in amount of acceptances were received.

**CLASS 11 – Deficiency Claims of Participating Secured Creditors (Impaired)**

| | |
|---|---|
| TOTAL NUMBER OF CLAIMS VOTING: | 2 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 1 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $7,067,321.28 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $1,915,657.28 |
| TOTAL PERCENTAGE OF CLAIMS ACCEPTING: | 27.1058% |

* Less than 2/3 in amount of acceptances were received.

**CLASS 12 – Unsecured Friends and Family Claims (Impaired)**

| | |
|---|---|
| TOTAL NUMBER OF CLAIMS VOTING: | 5 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 5 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $323,812.78 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $323,812.78 |
| TOTAL PERCENTAGE OF CLAIMS ACCEPTING: | 100% |

* More than 2/3 in amount of acceptances were received.

**CLASS 13 – Unsecured Claims of Trade and Professional Creditors (Impaired)**

| | |
|---|---|
| TOTAL NUMBER OF CLAIMS VOTING: | 0 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 0 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $0 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $0 |
| TOTAL PERCENTAGE OF CLAIMS ACCEPTING: | 0% |

*

**CLASS 14 – Equity Interests (Impaired)**

| | |
|---|---|
| TOTAL NUMBER OF CLAIMS VOTING: | 0 |
| TOTAL NUMBER OF CLAIMS ACCEPTING: | 0 |
| TOTAL DOLLAR AMOUNT OF CLAIMS VOTING: | $0 |
| TOTAL DOLLAR AMOUNT OF CLAIMS ACCEPTING: | $0 |
| TOTAL PERCENTAGE OF CLAIMS ACCEPTING: | 0% |

*

\* Indicate if more or less than 2/3 of amount voting.

## CERTIFICATE OF COUNSEL FOR PLAN PROPONENT

I, BRIAN G. RICH, am the attorney for the Debtor/Plan Proponent, Turner Heritage Homes, Inc.   In accordance with Local Rule 3020-1(B), I hereby certify that (i) copies of the original ballots received by me in connection with this Chapter 11 case are attached hereto as **Composite Exhibit "A;"** (ii) the foregoing tabulation of ballots is true and accurate; and (iii) all ballots received have been accounted for and are included in Composite Exhibit "A."

Dated this 11th day of January, 2012.

BERGER SINGERMAN LLP
Attorney for Debtor/Plan Proponent
125 South Gadsden Street, Suite 300
Tallahassee, FL 32301
Tel. (850) 561-3010
Fax (850) 561-3013

By: _/s/  *Brian G. Rich*_____
     Brian G. Rich
     Florida Bar No.  38229
     brich@bergersingerman.com

5

4102824-1

# COMPOSITE EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                          Case No. 11-40517-LMK

TURNER HERITAGE HOMES, INC.,                    Chapter 11 Case

    Debtor.
_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
## THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan") [D.E. No. 171] on November 7, 2011. The Court has approved the First Amended Disclosure Statement With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170]. The Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden Street, Suite 300, Tallahassee, FL 32301. Court approval of the Amended Disclosure Statement does not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your claim or interest has been placed in a particular Class under the Amended Plan. If you hold claims or interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before <u>January 9, 2012</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan. If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

*This ballot is for creditor (insert name)* ___Fred and June Turner___ *for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $_____ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $_____ |

4069782-1

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $_____ |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $_____ |
| ☐ Secured Claim of Ameris Bank | Class 5 | $_____ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $_____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $_____ |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $_____ |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $_____ |
| ☐ Unsecured Friends and Family Claims | Class 12 | $_____ |
| ☐ Unsecured Claims of Trade and Professional Creditors. | Class 13 | $_____ |
| ☐ Equity Interests | Class 14 | $_____ |

The undersigned [Check One Box]    ☒ ACCEPTS    ☐ REJECTS
(First Amended Plan of Reorganization)

Signed:

Print Name: _Fred and Jana Turner_

Address: _254 Rose Hill Dr North_

City, State, Zip: _Tallahassee Fl 72312_

Phone: _850 570 5333_

Date: _12-21-11_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

**RETURN THIS BALLOT TO:**    Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                              Case No.  11-40517-LMK

TURNER HERITAGE HOMES, INC.,                        Chapter 11 Case

    Debtor.
_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
## THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE
DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan")
[D.E. No. 171] on November 7, 2011.  The Court has approved the First Amended Disclosure Statement
With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170].  The
Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If
you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a
copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden
Street, Suite 300, Tallahassee, FL 32301.  Court approval of the Amended Disclosure Statement does
not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote.
You may wish to seek legal advice concerning the Amended Plan and your classification and
treatment under the Amended Plan.  Your claim or interest has been placed in a particular Class
under the Amended Plan.  If you hold claims or interests in more than one class, you will receive a
ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before <u>January 9, 2012</u>, and such
deadline is not extended, your vote will not count as either an acceptance or rejection of the
Amended Plan.  If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on
you whether or not you vote.**

*This ballot is for creditor (insert name)* <u>Teresa Turner</u> *for the following type
of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $ _____ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $ _____ |

4069782-1

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $_____ |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $_____ |
| ☐ Secured Claim of Ameris Bank | Class 5 | $_____ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $_____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $_____ |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $_____ |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $_____ |
| ☐ Unsecured Friends and Family Claims | Class 12 | $_____ |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $_____ |
| ☐ Equity Interests | Class 14 | $_____ |

The undersigned [Check One Box]    ☑ ACCEPTS        ☐ REJECTS
(First Amended Plan of Reorganization)

Signed: _____ _Teresa Turner_ _____

Print Name: _Teresa Turner_

Address: _1322 Thomaswood Drive_

City, State, Zip: _Tallahassee , FL 32308_

Phone: _850/933-7899_

Date: _12/21/11_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

**RETURN THIS BALLOT TO:**    Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                    Case No.  11-40517-LMK

TURNER HERITAGE HOMES, INC.,              Chapter 11 Case

    Debtor.
_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
## THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE
DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan")
[D.E. No. 171] on November 7, 2011.  The Court has approved the First Amended Disclosure Statement
With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170].  The
Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If
you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a
copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden
Street, Suite 300, Tallahassee, FL 32301.  Court approval of the Amended Disclosure Statement does
not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote.
You may wish to seek legal advice concerning the Amended Plan and your classification and
treatment under the Amended Plan.  Your claim or interest has been placed in a particular Class
under the Amended Plan.  If you hold claims or interests in more than one class, you will receive a
ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before January 9, 2012, and such
deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended
Plan.  If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on
you whether or not you vote.**

*This ballot is for creditor (insert name)* Estate of Dura Turner *for the following type
of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $_____ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $_____ |

4069782-1

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $_____ |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $_____ |
| ☐ Secured Claim of Ameris Bank | Class 5 | $_____ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $_____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $_____ |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $_____ |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $_____ |
| ☑ Unsecured Friends and Family Claims | Class 12 | $_____ |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $_____ |
| ☐ Equity Interests | Class 14 | $_____ |

The undersigned [Check One Box]    ☑ ACCEPTS    ☐ REJECTS
(First Amended Plan of Reorganization)

Signed: _____ as Trustee _____

Print Name: _Douglas B Turner  Trustee for the Estate of Dawn Turner_

Address: _1322 Thomas wood Ave_

City, State, Zip: _Tallahassee, Fl 32308_

Phone: _850 656 4663_

Date: _12/2/11_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

RETURN THIS BALLOT TO:   Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL  32301

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                          Case No.  11-40517-LMK

TURNER HERITAGE HOMES, INC.,                    Chapter 11 Case

         Debtor.
_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan") [D.E. No. 171] on November 7, 2011. The Court has approved the First Amended Disclosure Statement With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170]. The Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden Street, Suite 300, Tallahassee, FL 32301. Court approval of the Amended Disclosure Statement does not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your claim or interest has been placed in a particular Class under the Amended Plan. If you hold claims or interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before January 9, 2012, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan. If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

*This ballot is for creditor (insert name)* ___Farmers & Merchants Bank___ *for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $_____ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $_____ |

4069782-1

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $_____ |
| ☒ Secured Claim of Farmers & Merchant Bank | Class 4 | $_____ |
| ☐ Secured Claim of Ameris Bank | Class 5 | $_____ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $_____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $_____ |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $_____ |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $_____ |
| ☐ Unsecured Friends and Family Claims | Class 12 | $_____ |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $_____ |
| ☐ Equity Interests | Class 14 | $_____ |

The undersigned [Check One Box]    ☒ ACCEPTS    ☐ REJECTS
(First Amended Plan of Reorganization)

Signed: _____ *FMB by [signature] SVP*

2

Print Name: _Drew Whitaker, Jr._

Address: _2626 Mahan Dr._

City, State, Zip: _Tallahassee, FL 32308_

Phone: _850-942-2626_

Date: _12/20/11_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

RETURN THIS BALLOT TO:    Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                          Case No.  11-40517-LMK

TURNER HERITAGE HOMES, INC.,                    Chapter 11 Case

     Debtor.

_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan") [D.E. No. 171] on November 7, 2011.  The Court has approved the First Amended Disclosure Statement With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170].  The Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden Street, Suite 300, Tallahassee, FL 32301.  Court approval of the Amended Disclosure Statement does not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan.  Your claim or interest has been placed in a particular Class under the Amended Plan.  If you hold claims or interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before <u>January 9, 2012</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.  If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

*This ballot is for creditor (insert name)* **CLAM Group, LLC successor to Ahren's BK** *for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $_____ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $_____ |

4069782-1

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $_____ |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $_____ |
| ☐ Secured Claim of Ameris Bank | Class 5 | $ _6,561,664.06_ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $_____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $_____ |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $_____ |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $_____ |
| ☐ Unsecured Friends and Family Claims | Class 12 | $_____ |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $_____ |
| ☐ Equity Interests | Class 14 | $_____ |

The undersigned [Check One Box]    ☐ ACCEPTS    ☒ REJECTS
(First Amended Plan of Reorganization)

Signed: _____

2

Print Name: _CLAM Group, LLC c/o Thomas B. Woodward, Esq._

Address: _104 W. 4th Ave_

City, State, Zip: _TALLAHASSEE, FL 32303_

Phone: _850-222-4818_

Date: _12-16-2011_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

RETURN THIS BALLOT TO:    Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301

3


CLAM GP.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                            Case No. 11-40517-LMK

TURNER HERITAGE HOMES, INC.,                      Chapter 11 Case

          Debtor.
_____/

### BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
### THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan") [D.E. No. 171] on November 7, 2011. The Court has approved the First Amended Disclosure Statement With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170]. The Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden Street, Suite 300, Tallahassee, FL 32301. Court approval of the Amended Disclosure Statement does not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your claim or interest has been placed in a particular Class under the Amended Plan. If you hold claims or interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before <u>January 9, 2012</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan. If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

*This ballot is for creditor (insert name)*   <u>CLAM GROUP, LLC</u>   *for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $_____ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $_____ |

4069782-1

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $_____ |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $_____ |
| ☒ Secured Claim of Ameris Bank | Class 5 | $_____ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $_____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $_____ |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $_____ |
| ☒ Deficiency Claims of Participating Secured Creditors | Class 11 | $5,151,664.00 (EST.) |
| ☐ Unsecured Friends and Family Claims | Class 12 | $_____ |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $_____ |
| ☐ Equity interests | Class 14 | $_____ |

The undersigned [Check One Box]    ☐ ACCEPTS    ☒ REJECTS
(First Amended Plan of Reorganization)

Signed:

Print Name: _Thomas B. Woodward_

Address: _104 W. 4th Ave_

City, State, Zip: _Tallahassee, FL 32303_

Phone: _850 - 222 - 4818_

Date: _1 - 4 - 2012_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

RETURN THIS BALLOT TO:    Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301

3



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                          Case No. 11-40517-LMK

TURNER HERITAGE HOMES, INC.,                    Chapter 11 Case

        Debtor.
_____/

## *CORRECTED* BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan") [D.E. No. 171] on November 7, 2011. The Court has approved the First Amended Disclosure Statement With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170]. The Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden Street, Suite 300, Tallahassee, FL 32301. Court approval of the Amended Disclosure Statement does not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your claim or interest has been placed in a particular Class under the Amended Plan. If you hold claims or interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before <u>January 9, 2012</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan. If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

*This ballot is for creditor (insert name)* __CLAM GROUP, LLC__ *for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $ |

4069782-1

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $_____ |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $_____ |
| ☒ Secured Claim of Ameris Bank | Class 5 | $ 1,410,000.00 |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $_____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $_____ |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $_____ |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $_____ |
| ☐ Unsecured Friends and Family Claims | Class 12 | $_____ |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $_____ |
| ☐ Equity Interests | Class 14 | $_____ |

The undersigned [Check One Box]   ☐ ACCEPTS   ☒ REJECTS
(First Amended Plan of Reorganization)

Signed:

2

Print Name: _Thomas B. Woodward_

Address: _104 W. 4th Ave_

City, State, Zip: _TALLAHASSEE, FL 32303_

Phone: _850-222-4818_

Date: _1-4-12_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

RETURN THIS BALLOT TO:    Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                              Case No. 11-40517-LMK

TURNER HERITAGE HOMES, INC.,          Chapter 11 Case

    Debtor.

_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
## THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE
DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan")
[D.E. No. 171] on November 7, 2011. The Court has approved the First Amended Disclosure Statement
With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170]. The
Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. If
you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a
copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden
Street, Suite 300, Tallahassee, FL 32301. Court approval of the Amended Disclosure Statement does
not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote.
You may wish to seek legal advice concerning the Amended Plan and your classification and
treatment under the Amended Plan. Your claim or interest has been placed in a particular Class
under the Amended Plan. If you hold claims or interests in more than one class, you will receive a
ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before January 9, 2012, and such
deadline is not extended, your vote will not count as either an acceptance or rejection of the
Amended Plan. If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on
you whether or not you vote.**

*This ballot is for creditor (insert name)* MARTIN ROODOR, RACHOL Prodoro *the following type
of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $_____ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $_____ |

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $ _____ |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $ _____ |
| ☐ Secured Claim of Ameris Bank | Class 5 | $ _____ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $ _____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $ _____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $ _____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $ _____ |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $ _____ |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $ _____ |
| ☒ Unsecured Friends and Family Claims | Class 12 | $ 60,816.20 |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $ _____ |
| ☐ Equity Interests | Class 14 | $ _____ |

The undersigned [Check One Box]    ☒ ACCEPTS    ☐ REJECTS
(First Amended Plan of Reorganization)

Signed: _____

2

Print Name: _DR. MARTIN ROEDER_

Address: _121 RIDGELAND ROAD_

City, State, Zip: _TALLAHASSEE, FL. 32312 - 1906_

Phone: _(850) 385 3150_

Date: _12/19/11_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

**RETURN THIS BALLOT TO:**    Brian G. Rich, Esq,
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL  32301

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                                    Case No. 11-40517-LMK

TURNER HERITAGE HOMES, INC.,                             Chapter 11 Case

    Debtor.
_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
## THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE
DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan")
[D.E. No. 171] on November 7, 2011. The Court has approved the First Amended Disclosure Statement
With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170]. The
Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. If
you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a
copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden
Street, Suite 300, Tallahassee, FL 32301. Court approval of the Amended Disclosure Statement does
not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote.
You may wish to seek legal advice concerning the Amended Plan and your classification and
treatment under the Amended Plan. Your claim or interest has been placed in a particular Class
under the Amended Plan. If you hold claims or interests in more than one class, you will receive a
ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before <u>January 9, 2012</u>, and such
deadline is not extended, your vote will not count as either an acceptance or rejection of the
Amended Plan. If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on
you whether or not you vote.**

*This ballot is for creditor (insert name) _____ for the following type
of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $_____ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $_____ |

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $_____ |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $_____ |
| ☐ Secured Claim of Ameris Bank | Class 5 | $_____ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $_____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $_____ |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $_____ |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $_____ |
| ☑ Unsecured Friends and Family Claims | Class 12 | $_____ |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $_____ |
| ☐ Equity Interests | Class 14 | $_____ |

The undersigned [Check One Box]    ☑ **ACCEPTS**        ☐ **REJECTS**
(First Amended Plan of Reorganization)

Signed: *Carol A. Turner*

Print Name: _CAROL A, TURNER_

Address: _2 GROVE ISLE DR (PH4)_

City, State, Zip: _MIAMI, FL. 33133_

Phone: _305 - 858 - 2045_

Date: _12/27/11_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

RETURN THIS BALLOT TO:    Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                          Case No.  11-40517-LMK

TURNER HERITAGE HOMES, INC.,                    Chapter 11 Case

    Debtor

                    /

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
## THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE
DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan")
[D.E. No. 171] on November 7, 2011. The Court has approved the First Amended Disclosure Statement
With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170]. The
Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. If
you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a
copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden
Street, Suite 300, Tallahassee, FL 32301. Court approval of the Amended Disclosure Statement does
not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote.
You may wish to seek legal advice concerning the Amended Plan and your classification and
treatment under the Amended Plan. Your claim or interest has been placed in a particular Class
under the Amended Plan. If you hold claims or interests in more than one class, you will receive a
ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before January 9, 2012, and such
deadline is not extended, your vote will not count as either an acceptance or rejection of the
Amended Plan. If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on
you whether or not you vote.**

*This ballot is for creditor (insert name)*   Branch Banking and Trust Company   *for the following type
of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | |
| ☐ Secured Claim of Capital Bank (relating to ummerchase Leased Units) | Class 2 | $ |

| | | | |
|---|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | | |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $ | |
| ☐ Secured Claim of Ameris Bank | Class 5 | $ | |
| X  Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $ 142,500* | |
| X  Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | 118,800* | |
| X  Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $ 525,000* | |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $ | |
| X  Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $ 5.3 million* | |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $ | |
| ☐ Unsecured Friends and Family Claims | Class 12 | $ | |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $ | |
| ☐ Equity Interests | Class 14 | $ | |

The undersigned [Check One Box]    ☐ ACCEPTS    X REJECTS
(First Amended Plan of Reorganization)

Signed:

2

*These amounts are as set forth in the Amended Plan.  Branch Banking and Trust Company does not admit they are correct.

Print Name: _Sterling H. Luce._

Address: _3233 Thomasville Road_

City, State, Zip _Tallahassee, FL 32308_

Phone: _850-297-6024_

Date: _01/4/2011_

## * * RETURN THIS BALLOT ON OR BEFORE JANU    9, 2012 * *

RETURN THIS BALLOT TO:    Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301

3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                          Case No. 11-40517-LMK

TURNER HERITAGE HOMES, INC.,                    Chapter 11 Case

    Debtor.
_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
## THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan") [D.E. No. 171] on November 7, 2011. The Court has approved the First Amended Disclosure Statement With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170]. The Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden Street, Suite 300, Tallahassee, FL 32301. Court approval of the Amended Disclosure Statement does not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your claim or interest has been placed in a particular Class under the Amended Plan. If you hold claims or interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before January 9, 2012, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan. If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

*This ballot is for creditor (insert name)*  Capital City Bank  *for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☒ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $ 2,300,000.00 |
| ☒ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $ 750,000.00 |

4069782-1

| | | |
|---|---|---|
| ☒ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $ 168,000.00 |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $ |
| ☐ Secured Claim of Ameris Bank | Class 5 | $ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $ |
| ☒ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $ 200,000.00 |
| ☐ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $ |
| ☒ Deficiency Claims of Participating Secured Creditors | Class 11 | $ 1,915,657.28 |
| ☐ Unsecured Friends and Family Claims | Class 12 | $ |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $ |
| ☐ Equity Interests | Class 14 | $ |

The undersigned [Check One Box]    ☒ ACCEPTS       ☐ REJECTS
(First Amended Plan of Reorganization)

Signed: _____

2

Print Name:     James M. Donohue; Ausley & McMullen, P.A.

Address:     123 So. Calhoun Street

City, State, Zip:     TTallahassee, FL   32301

Phone:     (850) 425-5458

Date:     January 9, 2012

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

**RETURN THIS BALLOT TO:**     Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL 32301

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

In re:                                     Case No. 11-40517-LMK

TURNER HERITAGE HOMES, INC.,               Chapter 11 Case

    Debtor.   ...
_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING THE DEBTOR'S AMENDED PLAN OF REORGANIZATION

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3020-1(B)]*

*Turner Heritage Homes, Inc., the Debtor, filed its Amended Plan of Reorganization ("the Amended Plan") [D.E. No. 171] on November 7, 2011. The Court has approved the First Amended Disclosure Statement With Respect to the Plan of Reorganization (the "Amended Disclosure Statement") [D.E. No. 170]. The Amended Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a copy of the Amended Disclosure Statement or the Amended Plan, you may obtain a copy from Brian G. Rich, Esq., counsel to the Debtor, Berger Singerman, P.A., 125 South Gadsden Street, Suite 300, Tallahassee, FL 32301. Court approval of the Amended Disclosure Statement does not indicate approval of the Amended Plan.*

**You should review the Amended Disclosure Statement and the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your claim or interest has been placed in a particular Class under the Amended Plan. If you hold claims or interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Brian G. Rich, Esq. on or before January 9, 2012, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan. If the Amended Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

*This ballot is for creditor (insert name)*   Home Design Services, Inc.   *for the following type of claim placed in the indicated class in the indicated amount:*

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Capital Circle Commerce Center Property) | Class 1 | $_____ |
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Leased Units) | Class 2 | $_____ |

4069782-1

DEC 1 ... 2011

| | | |
|---|---|---|
| ☐ Secured Claim of Capital City Bank (relating to Summerchase Lots) | Class 3 | $_____ |
| ☐ Secured Claim of Farmers & Merchant Bank | Class 4 | $_____ |
| ☐ Secured Claim of Ameris Bank | Class 5 | $_____ |
| ☐ Secured Claim of BB&T (regarding lien on Gardens at the Farm Property) | Class 6 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Blackberry Ridge Property) | Class 7 | $_____ |
| ☐ Secured Claim of BB&T (regarding (regarding lien on Hidden Meadows Property) | Class 8 | $_____ |
| ☐ Secured Claim of Capital City Bank (regarding lien on Tuscan Hill Lot 4 Property) | Class 9 | $_____ |
| ☒ Deficiency Claims of Non-participating Secured Creditors and Judgment and Non-scheduled claims | Class 10 | $ 41,788,054.00 _____ |
| ☐ Deficiency Claims of Participating Secured Creditors | Class 11 | $_____ |
| ☐ Unsecured Friends and Family Claims | Class 12 | $_____ |
| ☐ Unsecured Claims of Trade and Professional Creditors | Class 13 | $_____ |
| ☐ Equity Interests | Class 14 | $_____ |

The undersigned [Check One Box]   ☒ ACCEPTS   ☐ REJECTS
(First Amended Plan of Reorganization)

Signed: _____

Print Name: _James E. Zirkel_

Address: _219 Montego Inlet Blvd_

City, State, Zip: _Longwood, FL  32779_

Phone: _407-862-5444_

Date: _1|6|12_

## * * RETURN THIS BALLOT ON OR BEFORE <u>JANUARY 9, 2012</u> * *

RETURN THIS BALLOT TO:    Brian G. Rich, Esq.
Berger Singerman, P.A.
125 South Gadsden Street
Suite 300
Tallahassee, FL  32301

3